LATHAM & WATKINS LLP
　Jennifer A. Carmassi (221592)
355 South Grand Avenue
Angeles, California 90071-1560
Telephone:　(213) 485-1234
Facsimile:　(213) 891-8763
Email: jennifer.carmassi@lw.com

Attorneys for Defendants Champion
Laboratories, Inc. and United Components

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC., UNITED COMPONENTS, INC.; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 08-CV-02669 JSW<br><br>**CLASS ACTION**<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br><br>**JURY TRIAL DEMANDED** |

LATHAM&WATKINS LLP　LA\1873559.2
ATTORNEYS AT LAW
LOS ANGELES

Stipulation Extending Time
To Respond To Complaint
08-cv-02669 JSW

Plaintiffs Carlos Ponce and Arthur Cordisco ("Plaintiffs") and Defendants Honeywell International, Inc., Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Wix Filtration Products, The Donaldson Company, ArvinMeritor, Inc., Baldwin Filters, Inc., "Bosch U.S.A.,"[1] and United Components, Inc. (collectively, "Defendants") stipulate and agree as follows to extend the time to respond to the Complaint on file in this action.

1.    On May 28, 2008, Plaintiffs filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and various state antitrust and consumer protection laws. Plaintiff styled the Complaint as a putative class action.

2.    As of the date of this Stipulation, at least 39 other complaints have been filed in this and other judicial districts (collectively, the "Filters Cases"). All of these complaints also allege federal and/or state law antitrust claims against the Defendants and are styled as putative class actions.

3.    Four motions are pending before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint to a single district pursuant to 28 U.S.C. § 1407 ("JPML Motions"). The Panel has scheduled a hearing on the JPML Motions for July 31, 2008.

4.    In light of the multiplicity of complaints on file and the pending motions before the JPML, the parties agree to extend the time for Defendants to answer or otherwise respond to the Complaint until the earliest of the following dates: (1) thirty days after the filing of a Consolidated Complaint in the Filters Cases, or whatever other deadline is set by the transferee court, in the event the Panel grants the MDL Motion ("Response Date"); or (2) thirty days after service of the MDL Order or whatever other deadline is set by the Court in this Action, in the event the Panel denies the MDL Motion, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action. Undersigned counsel for Robert Bosch LLC is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this stipulation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1873559.2            1            Stipulation Extending Time
To Respond To Complaint
08-cv-02669 JSW

respond to the complaint in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiffs' Action by that earlier date.

5. This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation.

Dated: June 27, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jennifer A. Carmassi
    Jennifer A. Carmassi (221592)

Attorneys for Defendants Champion Laboratories, Inc. and United Components, Inc.

Dated: June 27, 2008

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

By: /s/ Lauren C. Russell
    Lauren C. Russell (241151)

Attorneys for Plaintiffs Carlos Ponce and Arthur Cordisco

Dated: June 27, 2008

FOLEY & LARDNER LLP

By: /s/ Eileen Ridley
    Eileen Ridley (151735)

Attorneys for Defendant Donaldson Company, Inc.

Dated: June 30, 2008

O'MELVENY & MYERS LLP

By: /s/ Richard G. Parker
    Richard G. Parker (62356)

Attorneys for Defendant Honeywell International Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1873559.2

2

Stipulation Extending Time
To Respond To Complaint
08-cv-02669 JSW

| | | |
|---|---|---|
| 1 | Dated: June 30, 2008 | CROWELL & MORING LLP |
| 2 | | |
| 3 | | By: /s/ Daniel Sasse<br>Daniel Sasse (236234) |
| 4 | | Attorneys for Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC |
| 5 | | |
| 6 | Dated: June 30, 2008 | BAKER & MCKENZIE LLP |
| 7 | | |
| 8 | | By: /s/ Tod L. Gamlen<br>Tod L. Gamlen (83458) |
| 9 | | Attorneys for Defendant Baldwin Filters Inc. |
| 10 | | |
| 11 | Dated: June 27, 2008 | HOWREY LLP |
| 12 | | |
| 13 | | By: /s/ David M. Lisi<br>David M. Lisi (154926) |
| 14 | | Attorneys for Defendant Wix Filtration Corp LLC |
| 15 | | |
| 16 | Dated: June 30, 2008 | DICKSTEIN SHAPIRO LLP |
| 17 | | |
| 18 | | By: /s/ George R. Pitts<br>George R. Pitts (109827) |
| 19 | | Attorneys for Defendant ArvinMeritor, Inc. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1873559.2

3

Stipulation Extending Time
To Respond To Complaint
08-cv-02669 JSW

1 | FILER'S ATTESTATION:

2 |     Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3 | perjury that the concurrence in the filing of this document has been obtained from its signatories.

4 | Dated: July 1, 2008

                                              By:  /s/ Jennifer A. Carmassi
                                                     Jennifer A. Carmassi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1873559.2

4

Stipulation Extending Time
To Respond To Complaint
08-cv-02669 JSW