LATHAM & WATKINS LLP
   Jennifer A. Carmassi (221592)
355 South Grand Avenue
Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email: jennifer.carmassi@lw.com

Attorneys for Defendants Champion Laboratories, Inc. and United Components

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC., UNITED COMPONENTS, INC.; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 08-CV-02669 JSW<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT CHAMPION LABORATORIES, INC.**<br><br>[Local Rule 3-16(b)]<br><br>**JURY TRIAL DEMANDED** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1873580.2

Certification of Interested Entities or Persons of Defendant Champion Laboratories, Inc.
08-cv-02669 JSW

1  Pursuant to Civil L.R. 3-16, Champion Laboratories, Inc. certifies that as of this date,
2  the following entities have a financial interest in the subject matter in controversy or in a party
3  to the proceeding:

4    1.    United Components, Inc. – United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock.

6    2.    UCI Acquisition Holdings, Inc. – UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Components' stock.

8    3.    UCI Holdco, Inc. – UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock.

10    4.    Carlyle Partners III, L.P. – Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.

Dated: July 1, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jennifer A. Carmassi
    Jennifer A. Carmassi (221592)

Attorneys for Defendant Champion Laboratories, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1873580.2

1  Certification of Interested Entities or Persons of Defendant Champion Laboratories, Inc.
08-cv-02669 JSW