```
 1  LATHAM & WATKINS LLP
       Jennifer A. Carmassi (221592)
 2  355 South Grand Avenue
    Angeles, California 90071-1560
 3  Telephone:    (213) 485-1234
    Facsimile:    (213) 891-8763
 4  Email: jennifer.carmassi@lw.com

 5  Attorneys for Defendants Champion
    Laboratories, Inc. and United Components
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC., UNITED COMPONENTS, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 08-CV-02669 JSW<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT UNITED COMPONENTS, INC.**<br><br>[Local Rule 3-16(b)]<br><br>**JURY TRIAL DEMANDED** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1873593.2

Certification of Interested Entities or Persons of
Defendant United Components, Inc.
08-cv-02669 JSW

1   Pursuant to Civil L.R. 3-16, United Components, Inc. certifies that as of this date, the
2   following entities have a financial interest in the subject matter in controversy or in a party to
3   the proceeding:

4   1.   UCI Acquisition Holdings, Inc. – UCI Acquisition Holdings, Inc., a privately
5        held corporation, owns 100% of United Components' stock.
6   2.   UCI Holdco, Inc. – UCI Holdco, Inc., a privately held corporation, owns 100%
7        of UCI Acquisition Holdings, Inc.'s stock.
8   3.   Carlyle Partners III, L.P. – Carlyle Partners III, L.P., a limited partnership, holds
9        the majority of UCI Holdco, Inc.'s stock.

12  Dated: July 1, 2008                    Respectfully submitted,

                                           LATHAM & WATKINS LLP

                                           By:  /s/ Jennifer A. Carmassi
                                               Jennifer A. Carmassi (221592)

                                           Attorneys for Defendant United Components, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1873593.2

1   Certification of Interested Entities or Persons of
    Defendant United Components, Inc.
    08-cv-02669 JSW