1 | LATHAM & WATKINS LLP
      Jennifer A. Carmassi (SBN 221592)
2 | 355 South Grand Avenue
    Los Angeles, California 90071-1560
3 | Telephone:    (213) 485-1234
    Facsimile:    (213) 891-8763
4 | jennifer.carmassil@lw.com

5

6 | Attorneys for Defendants Champion
    Laboratories, Inc. and United Components

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated, | CASE NO. 08-CV-02669 JSW |
| Plaintiffs, | **CLASS ACTION** |
| v. | **PROOF OF SERVICE** |
| HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; UNITED COMPONENTS, INC.; and DOES 1-20, inclusive, | **JURY TRIAL DEMANDED** |
| Defendants. | |

25    I am a citizen of the United States and a resident of the State of California. I am

26 | employed in the County of Los Angeles, State of California. I am over the age of 18 years and

27 | not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand

28 | Avenue, Los Angeles, California 90071-1560.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
LOS ANGELES

LA\1876012.1

PROOF OF SERVICE
CASE NO. 08-CV-02669 JSW

On July 1, 2008, I served the following documents by having copies mailed to the counsel listed below:

1.    STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT;

2.    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT CHAMPION LABORATORIES, INC.;

3.    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT UNITED COMPONENTS, INC.

I am familiar with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service:

Eileen R. Ridley
FOLEY & LARDNER LLP
One Maritime Plaza, 6th Floor
San Francisco, California 94111-3404
*Attorneys for Defendant Donaldson Company, Inc.*

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, District of Columbia 20006-4001
*Attorneys for Defendant Honeywell International Inc.*

Daniel A. Sasse
Crowell & Moring Llp
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
*Attorneys for Defendants Purolator Filters N.A. L.L.C.
and Robert Bosch LLC*

LATHAM&WATKINS�ᴸᴸᴾ
ATTORNEYS AT LAW
LOS ANGELES

LA\1876012.1

PROOF OF SERVICE
2    Case No. 08-CV-02669 JSW

1

2

3

Tod M. Gamlen
Baker & Mckenzie LLP
660 Hansen Way
Palo Alto, CA 94304
*Attorneys for Defendant Baldwin Filters Inc.*

4

5

6

7

David M. Lisi
HOWREY LLP
1950 University Ave 4th Fl
East Palo Alto, CA 94303
*Attorneys for Defendant Wix Filtration Corp LLC*

8

9

10

George R. Pitts
Dickstein Shapiro Llp
1825 Eye Street NW
Washington, District of Columbia 20006-5403
*Attorneys for Defendant ArvinMeritor, Inc.*

11

12

13

        I declare that I am employed in the office of a member of the Bar of, or permitted to

practice before, this Court at whose direction the service was made and declare under penalty of

perjury that the foregoing is true and correct.

14

15

        Executed on July 1, 2008, at Los Angeles, California.

16

17

18

                        / s / Larraine Picar
                        Larraine Picar

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

LA\1876012.1

3

PROOF OF SERVICE
Case No. 08-CV-02669 JSW