**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

EILEEN R. RIDLEY, CA BAR NO. 151735
Attorneys for Defendant Donaldson Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>     vs.<br><br>HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A., L.L.C.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; UNITED COMPONENTS INC.; and DOES 1-20, inclusive,<br><br>             Defendants. | Case No: 08-CV-02669 JSW<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT DONALDSON CO., INC.**<br><br>[Local Rule 3-16(b)]<br><br>**JURY TRIAL DEMANDED** |

     Pursuant to Civil L.R. 3-16, Donaldson Co., Inc., certifies that as of this date, the following entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

     1.     Columbia Wanger Asset Management, L.P. owns between 5-10% of Donaldson Co., Inc. common stock.

---

CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS OF DEFENDANT DONALDSON CO., INC.
CASE 08-CV-02669 JSW

SFCA_1426056.1

2. Fidelity Management Trust Company, in its capacity as trustee for Donaldson Company, Inc.'s employee retirement savings plan, owns between 5-10% of Donaldson Co., Inc. common stock.

Dated: July 18, 2008

FOLEY & LARDNER LLP
EILEEN R. RIDLEY

By: /s/_____
    EILEEN R. RIDLEY
    Attorneys for DONALDSON CO., INC.

**FOLEY & LARDNER LLP**
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3409
TELEPHONE: 415.434.4484

SFCA_1426056.1

2

CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS OF DEFENDANT DONALDSON CO., INC.
CASE 08-CV-02669 JSW