```
LATHAM & WATKINS LLP
  Jennifer A. Carmassi (221592)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:    (213) 485-1234
Facsimile:    (213) 891-8763
Email: jennifer.carmassi@lw.com

Attorneys for Defendants Champion
Laboratories, Inc. and United Components, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.;<br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.;<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC.; and<br>DOES 1-20, inclusive,<br><br>Defendants. | Case No. 08-CV-02669 JSW<br><br>**CLASS ACTION**<br><br>DECLARATION OF JENNIFER A. CARMASSI IN SUPPORT OF STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br><br>**JURY TRIAL DEMANDED** |

I, Jennifer A. Carmassi, declare as follows:

1. I am an attorney at the law firm Latham & Watkins LLP, counsel of record for Defendants Champion Laboratories, Inc. and United Components, Inc., and am one of the attorneys at this firm with responsibility for this matter.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889729.1

DECLARATION OF JENNIFER A. CARMASSI IN
SUPPORT OF STIPULATED REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERRENCE AND ADR DEADLINES
08-cv-02669 JSW

2. I submit this declaration in support of the Stipulated Request to Continue Initial Case Management Conference and ADR Deadlines, filed concurrently herewith. I have personal knowledge of the matters set forth herein, except as indicated, and would testify truthfully hereto if so requested.

3. Plaintiffs Carlos Ponce and Arthur Cordisco ("Plaintiffs") and Defendants Honeywell International, Inc., Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Wix Filtration Products, The Donaldson Company, ArvinMeritor, Inc., Baldwin Filters, Inc., Bosch U.S.A., Mann + Hummel U.S.A., Inc., Cummins Filtration, Inc. and United Components, Inc. (collectively, "Defendants") have jointly requested that the Court continue the initial case management conference and related deadlines in this action as follows.

4. On May 28, 2008, Plaintiffs filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and various state antitrust and consumer protection laws. Plaintiff styled the Complaint as a putative class action.

5. As of the date of this Stipulation, at least 50 other complaints have been filed in this and other judicial districts (collectively, the "Filters Cases"). All of these complaints also allege federal and/or state law antitrust claims against the Defendants and are styled as putative class actions.

6. Four motions are pending before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint to a single district pursuant to 28 U.S.C. § 1407 ("JPML Motions"). The matter is designated as MDL Docket No. 1957, *In re Aftermarket Filters Antitrust Litigation*.

7. The Panel heard oral argument on the JPML Motions on July 31, 2008 in San Francisco, CA. The parties agree that the JPML is likely to order transfer and consolidation of the Filters Cases.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889729.1

1

DECLARATION OF JENNIFER A. CARMASSI IN SUPPORT OF STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
08-cv-02669 JSW

8. In light of these facts, Plaintiff and Defendants stipulated in June 2008 to extend the time for Defendants to respond to the Complaint to (1) thirty days after the filing of a consolidated complaint in the Filters Cases, or whatever other deadline is set by the transferee court, in the event the Panel grants the JPML Motions ("Response Date"); or (2) thirty days after service of the JPML order or whatever other deadline is set by the Court in this Action, in the event the Panel denies the JPML Motions, *provided, however*, that in the event that any Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to the complaint in this action by that earlier date

9. In the Order Setting Initial Case Management Conference and ADR Deadlines entered on May 28, 2008 ("May 28 Order"), this Court ordered the parties (i) to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan by August 15, 2008; (ii) to file a Joint ADR Certification with Stipulation as to ADR Process or Notice of Need for ADR Phone Conference by August 15, 2008; (iii) to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement by August 29, 2008; and (iv) to attend an initial case management conference on September 5, 2008, at 1:30 P.M.

10. The parties agree that the dates set forth in the May 28 Order, including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will likely come to pass before the JPML acts on the pending motions.

11. Continuing the dates set forth in the May 28 Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will remain pending in this Court. It would also ensure consistency in pretrial rulings and be convenient for the parties, including Plaintiffs.

12. Accordingly, the parties hereby stipulate to and respectfully request that the Court order a continuance of the dates set forth in the May 28 Order as follows: (1) the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889729.1

2

DECLARATION OF JENNIFER A. CARMASSI IN SUPPORT OF STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
08-cv-02669 JSW

deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan -- September 29, 2008; (2) the deadline to file joint ADR documents -- September 29, 2008; (3) the deadline to complete initial disclosures and file the Rule 26(f) Report -- October 13, 2008; and (4) the initial case management conference -- October 24, 2008. Such a continuance will allow this matter to move forward promptly in the event that the JPML Motions are denied and further proceedings before this Court are necessary.

13. Except as described in Paragraph 8, the parties have sought no previous modification of the timing of any event or deadline set by the Court.

14. The parties have also agreed to notify the Court promptly when the Panel rules on the JPML Motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 8, 2008, in Los Angeles County, California.

/s/ Jennifer A. Carmassi
Jennifer A. Carmassi (221592)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889729.1

3

DECLARATION OF JENNIFER A. CARMASSI IN SUPPORT OF STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
08-cv-02669 JSW