1  LATHAM & WATKINS LLP
     Jennifer A. Carmassi (SBN 221592)
2  355 South Grand Avenue
   Los Angeles, California 90071-1560
3  Telephone:   (213) 485-1234
   Facsimile:   (213) 891-8763
4  jennifer.carmassil@lw.com
5

6  Attorneys for Defendants Champion
   Laboratories, Inc. and United Components
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; UNITED COMPONENTS, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 08-CV-02669 JSW<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br>**JURY TRIAL DEMANDED** |

    I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, California 90071-1560.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1876012.1

PROOF OF SERVICE
CASE NO. 08-CV-02669 JSW

On August 8, 2008, I served the following documents by having copies mailed to the counsel listed below:

1. STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER;

2. DECLARATION OF JENNIFER A. CARMASSI IN SUPPORT OF STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

I am familiar with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service:

Luther Orton
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
*Attorneys for Defendant Mann + Hummel U.S.A., Inc.*

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, District of Columbia 20006-4001
*Attorneys for Defendant Honeywell International Inc.*

Daniel A. Sasse
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
*Attorneys for Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1876012.1
PROOF OF SERVICE
Case No. 08-CV-02669 JSW
2

1  Tod M. Gamlen
2  BAKER & MCKENZIE LLP
   660 Hansen Way
3  Palo Alto, CA  94304
   *Attorneys for Defendant Baldwin Filters Inc.*
4
   David M. Lisi
5  HOWREY LLP
   1950 University Ave 4th Fl
6  East Palo Alto, CA  94303
   *Attorneys for Defendant Wix Filtration Corp LLC*
7
   George R. Pitts
8  DICKSTEIN SHAPIRO LLP
   1825 Eye Street NW
9  Washington, District of Columbia  20006-5403
   *Attorneys for Defendant ArvinMeritor, Inc.*
10

11   I declare that I am employed in the office of a member of the Bar of, or permitted to
12 practice before, this Court at whose direction the service was made and declare under penalty of
13 perjury that the foregoing is true and correct.
14
15   Executed on August 8, 2008, at Los Angeles, California.
16
17                    / s / Larraine Picar
18                    Larraine Picar

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1876012.1

PROOF OF SERVICE
Case No. 08-CV-02669 JSW

3