1  LATHAM & WATKINS LLP
   Jennifer A. Carmassi (221592)
2  355 South Grand Avenue
   Los Angeles, California 90071-1560
3  Telephone:  (213) 485-1234
   Facsimile:  (213) 891-8763
4  Email: jennifer.carmassi@lw.com

5  Attorneys for Defendants Champion
   Laboratories, Inc. and United Components, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PONCE and ARTHUR CORDISCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC., UNITED COMPONENTS, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 08-CV-02669 JSW<br><br>**CLASS ACTION**<br><br>STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER<br><br>**JURY TRIAL DEMANDED** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889725.1

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES
08-cv-02669 JSW

Plaintiffs Carlos Ponce and Arthur Cordisco ("Plaintiffs") and Defendants Honeywell International, Inc., Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Wix Filtration Products, The Donaldson Company, ArvinMeritor, Inc., Baldwin Filters, Inc., "Bosch U.S.A.,"[1] Mann + Hummel U.S.A., Inc., Cummins Filtration, Inc. and United Components, Inc. (collectively, "Defendants") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows.

1. On May 28, 2008, Plaintiffs filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and various state antitrust and consumer protection laws. Plaintiff styled the Complaint as a putative class action.

2. As of the date of this Stipulation, at least 50 other complaints have been filed in this and other judicial districts (collectively, the "Filters Cases"). All of these complaints also allege federal and/or state law antitrust claims against the Defendants and are styled as putative class actions.

3. Four motions are pending before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint to a single district pursuant to 28 U.S.C. § 1407 ("JPML Motions"). The matter is designated as MDL Docket No. 1957, *In re Aftermarket Filters Antitrust Litigation*.

5. The Panel heard oral argument on the JPML Motions on July 31, 2008 in San Francisco, CA. The parties agree that the JPML is likely to order transfer and consolidation of the Filters Cases.

6. In light of these facts, Plaintiff and Defendants stipulated in June 2008 to extend the time for Defendants to respond to the Complaint to (1) thirty days after the filing of a consolidated complaint in the Filters Cases, or whatever other deadline is set by the transferee

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action. Undersigned counsel for Robert Bosch LLC is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this stipulation.

court, in the event the Panel grants the JPML Motions ("Response Date"); or (2) thirty days after service of the JPML order or whatever other deadline is set by the Court in this Action, in the event the Panel denies the JPML Motions, *provided, however*, that in the event that any Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to the complaint in this action by that earlier date

7. In the Order Setting Initial Case Management Conference and ADR Deadlines entered on May 28, 2008 ("May 28 Order"), this Court ordered the parties (i) to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan by August 15, 2008; (ii) to file a Joint ADR Certification with Stipulation as to ADR Process or Notice of Need for ADR Phone Conference by August 15, 2008; (iii) to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement by August 29, 2008; and (iv) to attend an initial case management conference on September 5, 2008, at 1:30 P.M.

8. The parties agree that the dates set forth in the May 28 Order, including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will likely come to pass before the JPML acts on the pending motions.

9. Continuing the dates set forth in the May 28 Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will remain pending in this Court. It would also ensure consistency in pretrial rulings and be convenient for the parties, including Plaintiffs.

10. Accordingly, the parties hereby stipulate to and respectfully request that the Court order a continuance of the dates set forth in the May 28 Order as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan -- September 29, 2008; (2) the deadline to file joint ADR documents -- September 29, 2008; (3) the deadline to complete initial disclosures and file the Rule 26(f) Report -- October 13, 2008; and (4) the initial case management conference -- October 24, 2008. Such a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889725.1                    2         STIPULATED REQUEST TO CONTINUE INITIAL
                                          CASE MANAGEMENT CONFERENCE AND ADR
                                          DEADLINES
                                          08-cv-02669 JSW

1  continuance will allow this matter to move forward promptly in the event that the JPML Motions
2  are denied and further proceedings before this Court are necessary.
3       11.    Except as described in Paragraph 6, the parties have sought no previous
4  modification of the timing of any event or deadline set by the Court.
5       12.    The parties agree to notify the Court promptly when the Panel rules on the
6  JPML Motion.

7

8  Dated: August 5, 2008                 Respectfully submitted,

9                                                  LATHAM & WATKINS LLP

10                                            By: /s/ Jennifer A. Carmassi
11                                                 Jennifer A. Carmassi (221592)

12                                            Attorneys for Defendants Champion Laboratories,
                                               Inc. and United Components, Inc.
13
14  Dated: August 5, 2008                 TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

15
                                           By: /s/ Lauren C. Russell
16                                                 Lauren C. Russell (241151)

17                                           Attorneys for Plaintiffs Carlos Ponce and
                                           Arthur Cordisco
18
19  Dated: August 7, 2008                 FOLEY & LARDNER LLP

20
                                           By: /s/ Eileen Ridley
21                                                 Eileen Ridley (151735)

22                                           Attorneys for Defendant Donaldson Company, Inc.

23
24  Dated: August 7, 2008                 O'MELVENY & MYERS LLP

25                                           By: /s/ Richard G. Parker
26                                                 Richard G. Parker (62356)

27                                           Attorneys for Defendant Honeywell International
                                           Inc.
28

Dated: August 6, 2008

CROWELL & MORING LLP

By: /s/ Daniel Sasse
Daniel Sasse (236234)

Attorneys for Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC

Dated: August 8, 2008

BAKER & MCKENZIE LLP

By: /s/ Tod L. Gamlen
Tod L. Gamlen (83458)

Attorneys for Defendant Baldwin Filters Inc.

Dated: August 6, 2008

HOWREY LLP

By: /s/ David M. Lisi
David M. Lisi (154926)

Attorneys for Defendant Wix Filtration Corp LLC

Dated: August 7, 2008

DICKSTEIN SHAPIRO LLP

By: /s/ George R. Pitts
George R. Pitts (109827)

Attorneys for Defendant ArvinMeritor, Inc.

Dated: August 7, 2008

SNYDER MILLER & ORTON LLP

By: /s/ Luther Orton
Luther Orton (54258)

Attorneys for Defendant Mann + Hummel U.S.A., Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1889725.1

4

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
08-cv-02669 JSW

FILER'S ATTESTATION:

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 8, 2008          By: /s/ Jennifer A. Carmassi
                                   Jennifer A. Carmassi (221592)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889725.1                            5       STIPULATED REQUEST TO CONTINUE INITIAL
                                                CASE MANAGEMENT CONFERENCE AND ADR
                                                                            DEADLINES
                                                                    08-cv-02669 JSW

**ORDER**

Pursuant to the stipulation of the parties, all dates set forth in the May 28, 2008 Order Setting Initial Case Management Conference are hereby continued as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan will be September 29, 2008; (2) the deadline to file joint ADR documents will be September 29, 2008; (3) the deadline to complete initial disclosures and file the Rule 26(f) Report will be October 13, 2008; and (4) the initial case management conference is set for October 31, 2008 at 1:30 p.m.
~~October 24, 2008.~~ The parties are ordered to notify the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No. 1957, *In re Aftermarket Filters Antitrust Litigation*.

Pursuant to stipulation, it is so ordered.

Dated: August 11, 2008

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889725.1

6

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
08-cv-02669 JSW