Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 8 2008

FILED
CLERK'S OFFICE

IN RE: AFTERMARKET FILTERS ANTITRUST
LITIGATION

MDL No. 1957

(SEE ATTACHED SCHEDULE)

FILED: 09/15/08
CASE: 08CV5331
JUDGE: Gettleman

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 18, 2008, the Panel transferred 21 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Robert W. Gettleman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gettleman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 18, 2008, and, with the consent of that court, assigned to the Honorable Robert W. Gettleman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 1 5 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**A TRUE COPY-ATTEST**
**MICHAEL W. DOBBINS, CLERK**

**By s/ DOROTHY M. KELLER-FLOWERS**
**DEPUTY CLERK**
**U.S. DISTRICT COURT, NORTHERN**
**DISTRICT OF ILLINOIS**

**DATE: SEPTEMBER 22, 2008**

IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION

MDL No. 1957

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 08-2669 | Carlos Ponce, et al. v. Honeywell International, Inc., et al. | 08CV5331 |
| CAN | 3 | 08-3041 | G.S.G. Excavating v. Honeywell International, Inc., et al. | 08CV5332 |
| CAN | 3 | 08-3201 | Gertha Wilkerson v. Honeywell International, Inc., et al. | 08CV5333 |
| CAN | 3 | 08-3203 | Bobbi Cooper v. Honeywell International, Inc., et al. | 08CV5334 |
| CAN | 5 | 08-3096 | Bay Area Truck Services v. Champion Laboratories, Inc., et al. | 08CV5335 |
| **CONNECTICUT** | | | | |
| CT | 3 | 08-764 | G.W.C. Distributors, Inc. v. Champion Laboratories, Inc., et al. | 08CV5336 |
| CT | 3 | 08-770 | David Stoll v. Honeywell International, Inc., et al. | 08CV5337 |
| CT | 3 | 08-797 | A&L Systems, Inc. v. Champion Laboratories, Inc., et al. | 08CV5339 |
| CT | 3 | 08-838 | Jerry Vandiver, et al. v. Champion Laboratories, Inc., et al. | 08CV5340 |
| CT | 3 | 08-901 | Bettendorf Transfer & Excavating, Inc., et al. v. Champion Laboratories, Inc., et al. | 08CV5341 |
| CT | 3 | 08-911 | Auto Pro LLC v. Chamption Laboratories, Inc., et al. | 08CV5342 |
| CT | 3 | 08-912 | Aaron Dunham v. Champion Laboratories, Inc., et al. | 08CV5343 |
| CT | 3 | 08-1116 | Associate Jobbers Warehouse, Inc. v. Champion Laboratories, Inc., et al. | 08CV5344 |
| CT | 3 | 08-1120 | Edward Colburn, et al. v. Champion Laboratories, Inc., et al. | 08CV5345 |
| CT | 3 | 08-1121 | Thomas Lown v. Champion Laboratories, Inc., et al. | 08CV5346 |
| CT | 3 | 08-1242 | David Boardman v. Champion Laboratories, Inc., et al. | 08CV5347 |
| **ILLINOIS SOUTHERN** | | | | |
| ILS | 3 | 08-378 | Muralt's Inc., etc. v. Champion Laboratories, Inc., et al. | 08CV5348 |
| ILS | 3 | 08-387 | G&H Import Auto Inc. v. Champion Laboratories Inc., et al. | 08CV5349 |
| ILS | 3 | 08-392 | Mike's, Inc. v. Champion Laboratories, Inc., et al. | 08CV5351 |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 1 | 08-6553 | Robert A. Nilsen v. Champion Laboratories, Inc., et al. | 08CV5352 |